UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| TERRANCE BROWN, | ) | |
| | ) | |
| Petitioner, | ) | No. 7:23-CV-41-REW |
| | ) | |
| v. | ) | |
| | ) | |
| USP BIG SANDY, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** and **ADJUDGES** as follows:

1. Terrance Brown's DE 1 petition for a writ of habeas corpus is **DENIED**, and this matter is **DISMISSED**.

This the 12th day of May, 2023.

Signed By:
*Robert E. Wier* REW
United States District Judge